UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MELISSA SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:22-CV-334-D-RJ** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.

**This Judgment Filed and Entered on April 13, 2023, and Copies To:**
Derrick Kyle Arrowood         (via CM/ECF electronic notification)
Smantha Zeiler         (via CM/ECF electronic notification)


DATE:                                           PETER A. MOORE, JR., CLERK
April 13, 2023                                    (By) /s/ Stephanie Mann
                                                     Deputy Clerk