UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MELISSA SMITH, ) | |
| ) | |
| Plaintiff, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:22-CV-334–D-RJ** |
| v. ) | |
| ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $5,100.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on July 11, 2023, and Copies To:**
Derrick Kyle Arrowood         (via CM/ECF electronic notification)
Samantha Zeiler                    (via CM/ECF electronic notification)

DATE:                                                PETER A. MOORE, JR., CLERK
July 11, 2023                                  (By) /s/ Stephanie Mann
                                                              Deputy Clerk